191 So. 925

**D. Y. MARKSTEIN et al. v. Thos. H. FOX, Successor Trustee, etc., et al.**

**6 Div. 543.**

Supreme Court of Alabama.

Oct. 25, 1939.

Wm. S. Pritchard, of Birmingham, for ·appellants.

Gibson & Gibson, of Birmingham, for appellees.

PER CURIAM.

Appeal dismissed on motion of appellants and by agreement.

190 So. 927

**R. T. NEWTON v. STATE.**

**8 Div. 999.**

Supreme Court of Alabama.

Oct. 5, 1939.

Application for Rehearing Stricken

Nov. 2, 1939.

H. H. Hamilton, of Russellville, for petitioner.

Thos. S. Lawson, Atty. Gen., for the State.

BOULDIN, Justice.

Petition of R. T. Newton for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Newton v. State, 190 So. 924.

Petition dismissed.

ANDERSON, C. J., and THOMAS and BROWN, JJ., concur.

191 So. 925

**Eduane OAKES, pro ami. v. Mrs. A. C. BROWN, Admrx. et al.**

**6 Div. 523.**

Supreme Court of Alabama.

Oct. 3, 1939.

B. H. Loving and Frank A. Critz, both of West Point, Miss., for appellant.

Ewing & Perrine and Cabaniss & Johnston, all of Birmingham, for appellees.

PER CURIAM.

Appeal dismissed on motion of appellant.

190 So. 919

**Boyd PATTERSON v. Emmett PATTERSON et al.**

**8 Div. 958.**

Supreme Court of Alabama.

May 18, 1939.

PER CURIAM.

Appeal dismissed for want of prosecution.